# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHURCHILL COMMUNITY DEVELOPMENT, LP, PARADIGM CONSULTANTS, LLC, RAMESH, JAIN AND VIKAS JAIN, | : | No. 126 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| Respondents | : | Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLEGHENY COUNTY HEALTH DEPARTMENT, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.